IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| NOEMI GONZALES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | CIVIL ACTION H-04-4694 |
| | § | |
| FEDERAL PRISON CAMP, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this <u>8th</u> day of June, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge

1